IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ARTAVIAS T EDWARDS, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL NO. 2:15-CV-207 |
| | § | |
| TEXAS BOARD OF PARDONS AND PAROLES, *et al*, | § | |
| | § | |
| Defendants. | § | |

# ORDER

The Court has before it a January 6, 2016, Memorandum and Recommendation ("M&R") issued by the Magistrate Judge to whom this case was referred under 28 U.S.C. § 636 (Dkt. No. 29), Defendant John Bland's ("Bland") Objections to that M&R (Dkt. No. 35), Bland's Motion for Summary Judgment (Dkt. No. 83), and a December 7, 2016, M&R (Dkt. No. 97). In the January 6, 2016, M&R, the Magistrate Judge recommends that the Court dismiss Plaintiff's claims against all defendants except Bland. Bland has timely objected, arguing that Plaintiff's claim against him should be dismissed as well.

Bland also filed his motion for summary judgment as to Plaintiff's claim against him. In the December 7, 2016, M&R, the Magistrate Judge recommends that the Court grant Bland's motion and dismiss Plaintiff's claim against him, thereby disposing of the case in its entirety. The deadline to file objections to the second M&R has passed, and no objections have been filed. *See* 28 U.S.C. § 636(b)(1) (setting a 14-day deadline to file objections); FED. R. CIV. P. 72(b) (same); *see also* M&R, Dkt. No. 97 at 16 (advising parties of the 14-day deadline).

After independently reviewing the record and applicable law, the Court **ADOPTS** the M&Rs (Dkt. Nos. 29, 97), **GRANTS** Bland's Motion for Summary Judgment (Dkt. No. 83), and **DISMISSES WITH PREJUDICE** Plaintiff's claims

against all defendants in this case. Final Judgment will be entered separately in accordance with Federal Rule of Civil Procedure 58.

SIGNED this 19th day of January, 2018.

_____
Hilda Tagle
Senior United States District Judge